IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND A. GREEN, E68189, | ) | |
| Plaintiff(s), | ) | No. C 12-5933 CRB (PR) |
| v. | ) | ORDER |
| T. TAYLOR, et al., | ) | (Docket #14) |
| Defendant(s). | ) | |

Plaintiff's "motion for supplemental brief pending jurisdiction to reconstruct order" (docket #14) is construed as a motion for reconsideration of the court's June 13, 2013 order of service (which served two of plaintiff's proposed claims, but dismissed a third and denied his request for a TRO/ preliminary injunction) and is DENIED. Plaintiff may nonetheless renew his request for preliminary injunctive relief <u>after</u> defendants are served.

SO ORDERED.

DATED: July 10, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Green, R.12-5933.or1.wpd