IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND A. GREEN, E68189, | ) | |
| Plaintiff(s), | ) | No. C 12-5933 CRB (PR) |
| v. | ) | ORDER |
| T. TAYLOR, et al., | ) | |
| Defendant(s). | ) | |

On September 11, 2013, defendants filed a motion to dismiss (docket #16) for failure to exhaust available administrative remedies. Plaintiff promptly filed an opposition to the motion (docket #17) arguing, among other things, that the motion should be denied because defendants had neglected to give him contemporaneous notice of what is required of him to oppose the motion, as required by circuit precedent.

On October 8, 2013, defendants re-filed their motion to dismiss (docket #18) along with the requisite notice. Plaintiff did not file a new opposition to the motion. But because plaintiff's original opposition (docket #17) contains substantive arguments not yet addressed by defendants – including plaintiff's contention that his "grievances were sufficient to put the officials on 'notice' of the potential claims and to fulfill the basic purposes of the exhaustion of remedies requirement" (docket #17 at 13) – defendants shall file a reply to plaintiff's

1  substantive arguments in the original opposition by no later than December 6,
2  2013.
3  SO ORDERED.
4  DATED: Nov. 21, 2013
5  CHARLES R. BREYER
   United States District Judge

G:\PRO-SE\CRB\CR.12\Green, R.12-5933.or3.wpd

2