Raymond A. Green # E68189-D9-174
Salinas Valley State Prison
P.O. Box # 1050
Soledad, Calif. 93960
or
Raymond A. Green # E68189-A5-115 up
High Desert State Prison
P.O. Box # 3030
Susanville, Calif. 96127
In Pro Se

**FILED**

JUL 23 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Norther District of California
450 Golden Gate Avenue
San Francisco, California 94102

Raymond A. Green
(Plaintiff)

v.

T. Taylor, et al.
(Defendant(s))

Case No. CV-12-05933 CRB(PR)

Notification of Opposition by the District Clerk's Decision to Decline Default against Defendant K. Wingfield — And to Notify District Court of "Declarations" of All Witnesses And Evidence of Intimidating Witnesses named by Defendant(s) in this Case.

To The District Court of Northern District;

1.) Notice is hereby given that on July 1, 2014, A Motion for "Default" was Declined by the District Clerk, Richard W. Weiking, in recourse of one of the Defendant(s), K. Wingfield, whom refused to answer to accusations of this Suit — The Plaintiff, Raymond A. Green, as Pro Se, inmate, without counsel, move this Court for explanation and legality of Judgment to why Defendant is allowed to break Civil Rule Procedures; Plaintiff contends District Court Clerk Abuses his Discretion.

2.) Also Notice is hereby given that Plaintiff recently obtained "Declarations" from some witnesses — All that are named in Complaint and has been notified of others that are relevant to this suit. Plaintiff obtained these Declarations per. Fed. Rules of Civil Procedures Rule 26(b)(1), without any assistance from the Court or the Defendant(s). However, Defendant(s) has took it upon themselves to get the names of Plaintiff's witnesses from their Counsel — from Plaintiff's Injunction Request to Courts — And has questioned Plaintiff's witnesses... Per. Rule 65 of the Federal Rules of Civil Procedure

1 of 2

Plaintiff requested a "Preliminary Injunction" and A temporary restraining "TRO" that was also sent to Defendant(s) — However the Motions were Denied by the Court... Plaintiff Moves the Court execute all Injunctions imposed or reward Judgment to the Plaintiff — for Plaintiff has evidence/witnesses against Listed Defendant(s) whom took it upon themselves to Contact Plaintiff's witnesses and asked them intimidating questions without reporting these conversations to this Court or Plaintiff, after Plaintiff's Witnesses names were issue on Injunctions to Defendant(s) Counsel and this Court. And Defendant(s) acting under state law/and the Color of state law is aware or should be aware that they should not have indulged with no interaction with Plaintiff's witnesses for that violates Plaintiff's as well as Plaintiff's witnesses Due Process of law and the First Amend. Rights and is a federal Crime Per. 18 U.S.C. § 1512(a)(2).

\* Also Please note : that from information Plaintiff has recieved that to reveal names of witnesses to the Defendant(s) counsel will put Witnesses housed at these State Prisons/Institutions at risk for retaliation by Prison officials — And Plaintiff shall not for this reason expose identities of Witnesses to Defendant(s) or their Counsel until Trial.

---

I Declare under Penalty of Perjury that the foregoing is true and this Declaration is executed on July 16, 2014

Respectfully Submitted:

Raymond A. Green / In Pro Se.