Raymond A. Green E48181 D4-144
Salinas Valley State Prison
P.O. Box # 1050
Soledad, Calif. 93960

In Pro Se.

**FILED**

JUL 23 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court
Northern District of California San Francisco Div.

| | |
|---|---|
| Raymond A. Green<br>(Plaintiff)<br><br>v.<br><br>T. Taylor, et. al;<br>(Defendant(s)) | Case No. # CV-12-05933 CRB(PR)<br><br>Plaintiff(s) Opposition to District Clerk's Decline of Default Entry Against Defendant <u>K. Wingfield</u> |

I.          Introduction

1.) On July 1, 2014 the District Clerk, Richard W. Weiking, Declined to file "Entry of Default" against the Defendant, K. Wingfield. Plaintiff filed Entry due to a few previous Notifications to the Court as well as Defendant(s) to why K. Wingfield has not submitted an Answer, a Motion or no legal paper after time limits set by the Fed. Rules of Civil Procedure.

2.) Plaintiff contends that the District Clerk abused his discretion by not sending with his Decline of Default specific reasons why this Defendant do not have to Answer to Orders/Summons issued by Marshall in this suit. The summons notifies the Defendant(s) that a suit has been started against them and shall tell them by when they must answer to avoid having a Judgment entered against them.

3.) As a Pro Se litigant, Plaintiff is entitled to specific reasons why Motions are Denied and/or if Plaintiff did not submit documents as per. Federal Procedure Rules and this Discretion shall be Determined by the "Magistrate Judge" or "Federal District Judge" and the Plaintiff contends that the Clerk does not have the authority to decline the Default Entry against the Defendant whom has failed to Answer.

II.                    Legal Argument

4.) The only requirements to dismiss a claim or decline to any Motion; PLRA requires that these (3) components be evident;
 A.) it's "frivolous or malicious".
 B.) fails to state a claim upon which relief may be granted
 C.) or seeks money damages from a defendant who is immune from money damages.

5.) Plaintiff is only doing as he has been instructed by the Judge's Order — that much of Plaintiff's success of his suit depends on his own initiative and all rules of Federal Rule procedures shall be adhered to: For example — if the defendant(s) haven't submitted an Answer, a motion or some other Legal Paper after the time limits set by the Federal Rules of Civil Procedure, the Plaintiff is to submit a "Declaration of Entry of Default" - which Plaintiff submitted.

6.) If court accepts Plaintiff's Declaration, Plaintiff is to recieve a "Notice of Entry of Default" from the Court. In which Plaintiff shall submit a "Motion for Judgment by Default".

7.) The Plaintiff sent all listed documents — not to mention that Plaintiff has notified the Court and Defendant(s) about reasons on why the Defendant K. Wingfield has not Answered or no one Answering for this Defendant after it's been verified that Court ordered the Defendant be served and held to Answer.

8.) Furthermore, is it not the District Court Clerk Job to enter a default against the defendant(s) whom fail to Answer! The Court files and records shall show that the Defendants were served by the United States Marshal with summons /or ordered to be served on June 12th 2013. More than 20 days have elapsed since the date on which Defendant(s) were served. And District Clerk should entered "Default". Plaintiff opposes District Clerks decision, and recommend "District Judge" to review "Entry of Default" challenge.

III.                        In Conclusion

9.) I, Raymond A. Green, hereby declares:

I am the Plaintiff herein. The Complaint that led to this "Default" being filed was filed on November 20, 2012.

10.) The Court files and records shall show that the Defendant(s) were served by the United States Marshal with copies of summons, and a copy of the Plaintiff's Complaint on June 12th, 2013.

11.) More than 20 days have elapsed since the date on which the Defendant(s) were served with Summons and Copy of Complaint, and according to the original Court Order — All 12 (Twelve) Defendants were served. All but "one" Defendant has been accountible and are listed under the same counsel — Being eleven (11) Defendants.

12.) Defendant, K. Wingfield, however, out of all 12 (Twelve) listed Defendants has been the only one whom has failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff noted.

13.) Defendant, K. Wingfield, is not in the military service and is not an infant or incompetent. And Plaintiff asserts that the District Clerk should enter "Default" rather than decline to "Enter Default" or else let the "District Judge" or "Magistrate Judge" make Judgement.

---

Wherefore, Plaintiff moves that this Court make and enter a Judgment that the said Defendant is in Debt to Plaintiff for at least $20,000.00.

Dated: July 16, 2014

Respectfully submitted
Raymond A. Green / In Pro Se
(Plaintiff)