UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND A. GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. TAYLOR, et al.,<br><br>　　　　Defendants.<br>_____/ | No.  3:12-CV-05933 CRB (NJV)<br><br>ORDER AND WRIT OF HABEAS<br>CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RAYMOND A. GREEN, inmate no. E68189, presently in custody at High Desert State Prison, Susanville, California, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:　　Warden, High Desert State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of RAYMOND A. GREEN, inmate no. E68189, in your custody in the hereinabove-mentioned institution, before the United States District Court   at Solano State Prison, on February 12, 2015, at 11:00 a.m., in order that said prisoner may then and there

participate in the SETTLEMENT CONFERENCE in the matter of Green v. Taylor v. , et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 8, 2015

    RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT

    By: Linn Van Meter
        Administrative Law Clerk

Dated: January 8, 2015

    _____
    NANDOR J. VADAS
    United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND A. GREEN, | No. 3:12-CV-5933 CRB (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| T. TAYLOR, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 8, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Raymond A. Green
E68189
Salinas Valley State Prison
D9-174
P.O. Box 1050
Soledad, CA 93960

Litigation Coordinator
High Desert State Prison
P.O. Box 750
Susanville, CA  96127-0750

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3