UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>T. TAYLOR, et al.,<br><br>    Defendants. | Case No.  12-cv-05933-CRB   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on February 12, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

        (X) Plaintiff, Raymond Green

        ( ) Warden or warden's representative

        (X) Office of the California Attorney General, Michael Quinn

        (X) Other:  Christina Johansen for California Department of Corrections and Rehabilitation

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3) The outcome of the proceeding was:

        ( ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

        ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1   attached remain for this Court to resolve.

2   ( X )   The parties are unable to reach an agreement at this time.

3   **IT IS SO ORDERED.**

4   Dated: 2/18/15

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND A. GREEN,

    Plaintiff,

    v.

T. TAYLOR, et al.,

    Defendants.

Case No.  12-cv-05933-CRB   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/18/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond A. Green ID: E68189
High Desert State Prison A3-104 Low
P.O. Box 3030
Susanville, CA 96127

Dated: 2/18/2015

Richard W. Wieking
Clerk, United States District Court

By:
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS