Steven N. Williams (175489)
Elizabeth Tran (280502)
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
etran@cpmlegal.com

*Attorneys for Plaintiff Raymond A. Green*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAYMOND A. GREEN, E68189,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**B. AGUIRRE,** *et al.***,**<br><br>                    Defendants. | Case No. 3:12-cv-05933-JSC<br><br>**APPLICATION & [~~PROPOSED~~] ORDER EXCUSING PLAINTIFF RAYMOND A. GREEN'S PERSONAL ATTENDANCE FROM SETTLEMENT CONFERENCE** |

**APPLICATION & [PROPOSED] ORDER EXCUSING PLAINTIFF RAYMOND A. GREEN'S PERSONAL ATTENDANCE FROM SETTLEMENT CONFERENCE; Case No. 3:12-cv-05933-JSC**

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

Counsel for Plaintiff Raymond A. Green submits this application to excuse Mr. Green's personal attendance from the settlement conference before Magistrate Judge Joseph C. Spero on March 9, 2016 at 11:00 a.m. Pursuant to Magistrate Judge Spero's Notice of Settlement Conference and Settlement Conference Order, "Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known but no later than the Settlement Conference Statement" (ECF No. 95).

Counsel for Plaintiff previously discussed this issue with defense counsel and requested Magistrate Judge Jacqueline Scott Corley waive the attendance requirement for Mr. Green given that Plaintiff is currently a prisoner at Wasco State Prison in Wasco, California and attendance would pose a substantial hardship (ECF No. 94). Counsel for Plaintiff has coordinated with Wasco State Prison's Litigation Coordinator, however, to make Plaintiff available by phone during the settlement conference, if necessary. The Litigation Coordinator, Tracy Jackson, represented to counsel for Plaintiff that counsel for Plaintiff may call her during the settlement conference, and she can connect counsel for Plaintiff to Mr. Green. She stated that Mr. Green cannot attend the entire settlement conference by phone due to limited staffing and resource issues at Wasco State Prison.

Counsel for Plaintiff therefore renew their request to excuse Mr. Green's personal attendance from the settlement conference before Magistrate Judge Spero.

Dated: March 3, 2016                    Respectfully submitted,

*/s/ Elizabeth Tran*
Joseph W. Cotchett (36324)
Elizabeth Tran (280502)
Joyce Chang (300780)
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Attorneys for Plaintiff Raymond A. Green*

**APPLICATION & [PROPOSED] ORDER EXCUSING PLAINTIFF RAYMOND A. GREEN'S PERSONAL ATTENDANCE FROM SETTLEMENT CONFERENCE; Case No. 3:12-cv-05933-JSC**

**[PROPOSED] ORDER**

The above APPLICATION EXCUSING PLAINTIFF RAYMOND A. GREEN'S PERSONAL ATTENDANCE FROM SETTLEMENT CONFERENCE is approved.

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
**JOSEPH C. SPERO**
**UNITED STATES MAGISTRATE JUDGE**

**APPLICATION & [PROPOSED] ORDER EXCUSING PLAINTIFF RAYMOND A. GREEN'S PERSONAL ATTENDANCE FROM SETTLEMENT CONFERENCE; Case No. 3:12-cv-05933-JSC**

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP